IN THE MATTER OF AN APPLICATION FOR ADMISSION TO THE BAR OF THE COMMONWEALTH. March 10, 1982. The plaintiff's brief represents that

this is a consolidated appeal of (1) denial by a single justice of this court of
the plaintiff's motion for relief from the judgment which ensued by reason
of this court's decision in *Matter of an Application for Admission to the
Bar of the Commonwealth,* 378 Mass. 795 (1979), cert. denied, 444 U.S.
1046 (1980), and (2) dismissal by the single justice of a new complaint
filed by the plaintiff. Both matters deal with the plaintiff's claim that she
is entitled to be admitted to the Massachusetts Bar. In her brief the plain-
tiff asserts, inter alia, that she was not afforded a hearing on her com-
plaint, that there was a contract by which the Board of Bar Examiners
and a single justice of this court agreed to admit her as an attorney, and
that there is newly discovered evidence on the matter previously litigated
in the 1979 case. There is nothing before us other than the bare assertions
of the plaintiff's brief. Not even a copy of the complaint is offered. Aside
from the obvious fact that it would be extraordinary, or impossible, for
the plaintiff to show that she is entitled by "contract" to be admitted to
the Bar, it is apparent from the assertions of her brief that her present con-
tentions are merely a restatement of the unsuccessful claims she offered in
1979.

> *Decision of the single justice
> affirmed.*

The applicant, pro se, submitted a brief.